**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1685

JOANN ARTIS STEVENS,

Plaintiff - Appellant,

v.

TOWN OF SNOW HILL, NC; COUNTY OF GREENE, NC; LENOIR COMMUNITY COLLEGE & FOUNDATION, NC,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  James C. Dever III, District Judge.  (4:19-cv-00156-D)

Submitted:  September 28, 2022                     Decided:  November 4, 2022

Before NIEMEYER, THACKER, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

JoAnn Artis Stevens, Appellant Pro Se.  Katherine Marie Barber-Jones, Dan M. Hartzog, Jr., HARTZOG LAW GROUP LLP, Raleigh, North Carolina; James R. Morgan, Jr., WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; William John Cathcart, Jr., BROWN, CRUMP, VANORE & TIERNEY, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

JoAnn Artis Stevens appeals the district court's order granting Defendants' motions to dismiss and dismissing Stevens' civil complaint.  Limiting our review of the record to the issues raised in Stevens' informal brief, we have reviewed the record and find no reversible error.  *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief").  Accordingly, we affirm the district court's order.  *Stevens v. Town of Snow Hill*, No. 4:19-cv-00156-D (E.D.N.C. June 8, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*